# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CARLTON DUKE HAYES                                              PETITIONER
ADC #095426

v.                          No. 5:09CV00184 JLH-JJV

LARRY NORRIS, Director,
   Arkansas Department of Correction                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Hayes' Petition (Doc. No. 2) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

IT IS SO ORDERED this 23rd day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE