IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARLTON DUKE HAYES                                              PETITIONER
ADC #095426

v.                          No. 5:09CV00184 JLH-JJV

LARRY NORRIS, Director
Arkansas Department of Correction                               RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this 23rd day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE